■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE TROZZO, Appellant.—Order, Supreme Court, Bronx County, entered on July 26, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, Bronx County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd 5). No opinion. Concur—Stevens, P. J., Kupferman, Lupiano, Capozzoli and Nunez, JJ.

■ In the Matter of PATRICK A. TERZANO, Respondent, v MICHAEL E. CODD, as Police Commissioner of the City of New York, Appellant.—Judgment, Supreme Court, New York County, entered on November 27, 1974, unanimously affirmed for the reasons stated by Samuel R. Rosenberg, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Kupferman, Lupiano, Capozzoli and Nunez, JJ.

■ MARY F. COMERFORD, Respondent, v ROLAND R. COMERFORD, Appellant.—Order, Supreme Court, New York County, entered on March 12, 1975, unanimously affirmed for the reasons given in the order of Gomez, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Kupferman, Lupiano and Capozzoli, JJ.

■ G. C. HAAS & Co., Appellant, v HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.—Order, Supreme Court, New York County, entered on April 7, 1975, unanimously affirmed on the opinion of Frank, J., at Special Term. Respondent shall recover of the appellant $60 costs and disbursements of this appeal. No opinion. Concur—Markewich, J. P., Lupiano, Tilzer, Lane and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERNANDO RESTREPO, Appellant.—Appeal from judgment, Supreme Court, New York County, rendered on July 23, 1973, unanimously dismissed since defendant is not presently within the court's jurisdiction. No opinion. Concur—Markewich, J. P., Lupiano, Tilzer, Lane and Nunez, JJ.

■ In the Matter of the Arbitration between MCI LEASING, INC., Appellant, and ENGLISH ELECTRIC CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on June 17, 1975, unanimously affirmed on opinion of Frank, J., at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Lupiano and Tilzer, JJ.

■ ALLAN WACHTEL et al., Respondents, v PARK NUT PRODUCTS CORP. et al., Appellants.—Order and judgment, Supreme Court, New York County, entered on June 9 and June 16, 1975, respectively, unanimously affirmed on opinion of Helman, J., at Special Term, and that the respondents recover of the appellants $60 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Lupiano and Tilzer, JJ.